**Ricky GAMBLE, Plaintiff–Appellant,**

v.

**George KENWORTHY; William Bullard; Officer Porter; Steve Bryan; Officer Mills; Officer Herring; Officer Brown, Defendants–Appellees.**

No. 13–6945.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Ricky Gamble, Appellant pro se. Jodi Harrison, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Gamble appeals the district court's order granting Defendants' summary judgment motion on his 42 U.S.C. § 1983 (2006) action against them. We have reviewed the record and find no reversible error. Accordingly, we deny Gamble's motions for appointment of counsel and affirm for the reasons stated by the district court. *Gamble v. Kenworthy,* No. 5:12–ct03010–D (E.D.N.C. May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*